UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 04-465-DCR

Eastern District of Kentucky
FILED
JUN 16 2006
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

PIONEER RESOURCES CORPORATION,     PLAINTIFF
A NEW YORK CORPORATION

VS.     **MEMORANDUM AND ORDER**

NAMI RESOURCES COMPANY, LLC     DEFENDANT

\*\*\*\*\*\*\*

    This matter is before the Court upon the "Defendant's Motion Regarding Expert Disclosures" (DE#103). Given that plaintiff was justifiably delayed in completion of its expert disclosures, defendant seeks a corresponding extension of time to provide its rebuttal expert disclosures. In fairness to the parties, defendant will be afforded a reasonable time to make any such rebuttal disclosures.

    It is **ORDERED** that "Defendant's Motion Regarding Expert Disclosures" (DE#103) is **GRANTED**.

This the 16th day of June, 2006.



Signed By:
*J. B. Johnson, Jr.*
United States Magistrate Judge

-1-