UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 04-465-DCR

Eastern District of Kentucky
FILED
JUN 16 2006
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

PIONEER RESOURCES CORPORATION,                        PLAINTIFF
A NEW YORK CORPORATION

VS.                    **MEMORANDUM AND ORDER**

NAMI RESOURCES COMPANY, LLC                           DEFENDANT

*******

This matter is before the Court upon the "Defendant's Motion to Extend Time for Expert Disclosures" (DE#93). Defendant seeks a five-day extension of time to make its expert disclosures regarding expert testimony on its counter-claim. Defendant asserts that it has been unavoidable delayed in completing its preparation due to an emergency and hospitalization of a family member of one of its experts. Defendant indicates that it would agree to a corresponding extension of Mr. Morita's time for rebuttal disclosures. Defendant's request is reasonable. Accordingly,

It is **ORDERED** that "Defendant's Motion to Extend Time for Expert Disclosures" (DE#93) is **GRANTED**.

This the 16th day of June, 2006.



Signed By:
J. B. Johnson, Jr.
United States Magistrate Judge